# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

MANUEL ALEJANDRO MARTINEZ,  ) Case No. SACV 14-0603-DSF (JPR)
            Petitioner,     )
                            )           **J U D G M E N T**
      vs.                   )
                            )
STU SHERMAN, Warden,        )
                            )
            Respondent.     )
                            )

    Pursuant to the Order Accepting Findings and Recommendations of U.S. Magistrate Judge,

    IT IS HEREBY ADJUDGED that this action is dismissed with prejudice.

DATED: 3/2/15

DALE S. FISCHER
U.S. DISTRICT JUDGE